# United States Bankruptcy Court
## Eastern District of New York

In re   __Irwin Schneidmill__          Case No. _____

                 Debtor(s)        Chapter   __7__ _____

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   __May 11, 2022__ _____        /s/ Irwin Schneidmill _____

                                         **Irwin Schneidmill**
                                         Signature of Debtor

Date:   __May 11, 2022__ _____        /s/ Joseph S. Maniscalco, Esq _____

                                         Signature of Attorney
                                         **Joseph S. Maniscalco, Esq**
                                         **LaMonica Herbst & Maniscalco, LLP**
                                         **3305 Jerusalem Avenue, Suite 201**
                                         **Wantagh, NY 11793**
                                         **516-826-6500**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

American Express
PO Box 981535
El Paso, TX 79998

Barclays
PO Box 8801
Wilmington, DE 19899

Barclays
PO Box 8801
Wilmington, DE 19899

Chase
National Legal Processing
340 S. Cleveland Ave Fl 3
Westerville, OH 43091-9917

Economic Solutions, Inc.
7 Leighton Court
Melville, NY 11747

Hubell & Associates, LLC
140 E. 45th Street Fl 44
New York, NY 10017-3144

Hubell & Associates, LLC
2 Grand Central Terminal
New York, NY 10017-5684

Independent Living Aids,

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19104

Law Office of
Matthew Didora
377 Oak Street
Garden City, NY 11530

Marvin & Mimi Sandler
180 East End Avenue
Apt 20-D
New York, NY 10128

Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197


Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197


Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197-5209


Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197-5209


Navient
PO Box 9500
Wilkes Barre, PA 18773


NYS Dept Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-5300