FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Tel. No. (516) 248-1700
Fax No. (516) 248-1729
Gabriella E. Botticelli

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 7

   IRWIN SCHNEIDMILL,                                    Case No.  22-71158-ast

                                              Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Gabriella E. Botticelli of the law firm of Forchelli Deegan Terrana LLP hereby appear in the above-referenced chapter 7 case as attorneys for Marvin and Mimi Sandler and MiMarv, Inc. f/k/a Independent Living Aids, Inc., as judgment creditors and party-in-interest and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given, and all papers served or required to be served in the above-captioned bankruptcy case and any other case(s) consolidated herewith, be given to and served upon:

        Forchelli Deegan Terrana LLP
        333 Earle Ovington Blvd, Suite 1010
        Uniondale, New York 11553
        Tel. (516) 248-1700
        Fax (516) 248-1729
        Gabriella E. Botticelli
        gbotticelli@forchellilaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition,

pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, email, telephone, telegraphic, telex or otherwise filed in this proceeding. Please add this attorney to any mailing matrix as may be used in this proceeding.

**PLEASE TAKE FURTHER NOTICE**, that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Uniondale, New York
     September 8, 2022

FORCHELLI DEEGAN TERRANA LLP
*Attorneys for Marvin and Mimi Sandler and Mimarv, Inc., f/k/a Independent Living Aids, Inc.*

By: /s/ Gabriella E. Botticelli
    Gabriella E. Botticelli
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Tel. (516) 248-1700
Fax (516) 248-1729